

The relief described hereinbelow is SO ORDERED.

Signed June 28, 2012.

_____
Ronald B. King
United States Chief Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In Re:                                                                      Chapter 13

LIONEL CORPUS & MONICA CORPUS
Debtor(s)                                               Case No. 10-51734 K

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM OF**
**HSBC BANK NEVADA, NA**
**Court Claim Number: 15**

On this day, came onto be considered the Trustee's Objection Claim of HSBC BANK NEVADA, NA and no response having been filed, the Court finds notice was proper and the Objection is sustained.

IT IS THEREFORE ORDERED, that the Trustee's Objection to the Claim of HSBC BANK NEVADA, NA in the amount of $3,434.82, filed on September 02, 2010, is granted.

FURTHER, the Court finds the claim is DISALLOWED as partially secure and ALLOWED as a general unsecured claim in the amount of $3,434.82. The Creditor may pursue its in rem relief

Creditor Name & Address:
HSBC BANK NEVADA, NA
BASS & ASSOCIATES
3936 E FT LOWELL #200
TUCSON,AZ 85712

###